**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

IN RE:

WILLIAM TAGG,  Case No. 21-23424-l
 Subchapter V
Debtor.  Chapter 11

**OBJECTION TO THE CLAIM**
**OF DEUTSCHE BANK NATIONAL TRUST COMPANY**

COMES NOW the Debtor to object to the claim of Deutsche Bank National Trust Company. The claim is #1 on the Registry of Claims with this court and is for $1,769,278.86. Your debtor would show that the claim is subject to ongoing litigation in the Florida state courts, that individual liability for this debtor has not been established, and that according to the debtor in the Walton County registry of Deeds, Book 2766, Page 2246 it is clear that there is no personal liability or guaranty by this debtor. The claim may be a valid one against Charleston II Builders.

**WHEREFORE, PREMISES CONSIDERED, DEBTOR PRAYS:**

1. For a hearing.

2. For such further and other relief as to which the debtor may be entitled.

RESPECTFULLY SUBMITTED,

/s/ Ted I. Jones

_____
TED I. JONES, #11017
JONES & GARRETT
Professional Association
Suite 1200
2670 Union Avenue, Extended
Memphis, Tennessee  38112
(901) 526-4249, office
(901) 568-2292, cell
Attorney for the Petitioner
Dtedijones@aol.com

CERTIFICATE OF SERVICE

    I, Ted I. Jones, hereby certify that I have forwarded a copy of this pleading to all parties in this case pursuant to the court's electronic noticing system, and to all others via first-class mail, postage pre-paid, this the 1st day of December, 2021.

/s/ Ted I. Jones

_____
Ted I. Jones