UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
**Western** DIVISION

CASE NAME: **William Tagg**                CASE NO: **21-23424**

Monthly Operating Report for the Month Ending (month/day/year) **November 30, 2021**

For the period beginning (month,day) **11-1-21** and ending (month,day) **11-30-21**

NAICS Industry Classification Code: _____

---

*THIS REPORT IS TO BE FILED 15 DAYS AFTER THE END OF THE MONTH* -- The Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing.

| Report Attached | Previously Waived | | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|---|
| Mark One Box for Each Required Document: | | | |
| ✓ | ☐ | 1. | Bank Account Balance Statement (Form 2-AB) |
| ✓ | ☐ | 2. | Comparative Balance Sheet - Assets (Form 2-BA) |
| ✓ | ☐ | 3. | Comparative Balance Sheet - Liabilities (Form 2-BL) |
| ✓ | ☐ | 4. | Supporting Schedule I (Post-Petition Payables)(Form 2-BP) |
| ✓ | ☐ | 5. | Supporting Schedules II (A/R, Payments to Prof. and Principals)(Form 2-BR) |
| ✓ | ☐ | 6. | Profit and Loss / Income Statement (Forms 2-E1 and 2-E2) |
| ✓ | ☐ | 7. | Cash Flow Statement (Form 2-F) |
| ✓ | ☐ | 8. | Cash Flow Summary (Form 2-FS) |
| ✓ | ☐ | 9. | Detailed Listing of Receipts Statement (Form 2-G) |
| ✓ | ☐ | 10. | Detailed Listing of Disbursements Statement (Form 2-H) |
| ✓ | ☐ | 11. | Supporting Schedules III (Property Transfers, Insurance Coverage & Quarterly Fee Summary)(Form 2-I) |
| ✓ | ☐ | 12. | Narrative Questionnaire Statement (Form 2-J) |

**Documents Provided by Mail or E-Mail**

| | | | |
|---|---|---|---|
| ✓ | ☐ | 13. | Bank Statements for All Bank Accounts (to be provided by mail to USTP when required) |
| ☐ | ☐ | 14. | Bank Statement Reconciliations for all Bank Accounts **Only one account** (to be provided by mail to USTP when required) |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments hereto are true, accurate and correct to the best of my knowledge and belief. I further certify that the Monthly Operating Report has been filed with the Court.*

DEBTOR IN POSSESSION

Executed on: **12-30-21**
Date

By: **/s/ William Tagg** (Signature)

Its: **Debtor** (Title)

Phone #: **(901) 634-4501**

Printed Name: **William Tagg**

Form 2-A
Rev. 8/2/16

Address: **8191 Dogwood Rd.**
**Germantown, Tennessee**
**38139**

Required: Attach a copy of all bank statements for the month.

**DEBTOR:** William Tagg

**CASE NO:** ~~21-23424~~ 21-23424

## Form 2-AB
### BANK ACCOUNT BALANCE STATEMENT

For Period Ending: 11-30-21

**Bank Accounts**

| Account Name: | CASH ON HAND | Personal/ Operating | Tax | Payroll | * |
|---|---|---|---|---|---|

Bank Name: First Horizon Bank, P.O. Box 84, Memphis, TN 38101

Account # (last 4 digits): #1929

|  |  |  |  |  |  | Grand Total ALL Accounts |
|---|---|---|---|---|---|---|
| **Beginning Balance:** | + | + | + | + | = | 3,463.42 |
| **Plus: Total Receipts** (Attach Detailed List, Form 2-G) | + | + | +█ | +█ | = | █ |
| **Less: Total Disbursements** (Attach Detailed List, Form 2-H) | + | + | +30.00 | +71.16 | = | 101.16 |

**Transfers Between Bank Accounts:**

Transfers In

(Transfers Out)   (     )(     )(     )(     )(     )

| **Ending Balances:** | + | + | + | + | = | 3,362.26 |

*If the Debtor maintains more than four (4) accounts, attach additional Form 2-AB and identify the nature of the additional account(s) (Cash Collateral, Savings, etc.)

**Notes:** Funds were still held in First Horizon Bank. It took debtor considerable time to open debtor in possession bank account at Regions Bank. (Confirmation Attached)

Form 2-AB
Rev. 8/2/16

CASE NAME: __William Tagg__   CASE NO: __21-23424__

## Form 2-BA
### COMPARATIVE BALANCE SHEET STATEMENT
For Period Ending: __11-30-21__

| ASSETS | Current Month | Petition Date (1) |
|---|---|---|
| **1. Current Assets:** | | |
| Cash (from Form 2-AB, Grand Total All Accounts) | $ _____ | $ 3,463.42 |
| Total Accounts Receivable (from Form 2-BR) | _____ | _____ |
| Less allowance for doubtful accounts (from Form 2-BR) | ( _____ ) | ( _____ ) |
| Receivable from Officers, Employees, Affiliates | _____ | _____ |
| Inventory | _____ | _____ |
| Other Current Assets :(List) _____ | _____ | _____ |
| _____ | _____ | _____ |
| Negotiable Instruments _____ | _____ | _____ |
| **2. Current Assets Sub-Total** | $ _____ | $ _____ |
| **3. Fixed Assets:** | | |
| Land | $ _____ | $ 5,015,000.00 |
| Building | _____ | _____ |
| Equipment, Furniture and Fixtures | _____ | 51,500.00 |
| Vehicles | _____ | 7,500.00 |
| **4. Fixed Assets Sub-Total** | _____ | _____ |
| Less: Accumulated Depreciation | ( _____ ) | ( _____ ) |
| **5. Net Fixed Assets** | $ _____ | $ _____ |
| **6. Current Assets Sub-Total** (from above 2. Current Assets Sub-Total) | _____ | _____ |
| **7. Other Assets (List):** _____ | _____ | _____ |
| _____ | _____ | _____ |
| **8. TOTAL ASSETS** | $ _____ | $ 5,074,000.00 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Form 2-BA
Rev. 8/2/16

CASE NAME: __William Tagg__    CASE NO: __21-23424__

Form 2-BL
# COMPARATIVE BALANCE SHEET STATEMENT
For Period Ending: __11-30-21__

|  | Current | Petition |
|---|---|---|
| **LIABILITIES** | | |
| Post Petition Liabilities | | |
| Post-petition Accounts Payable (from Form 2-BP) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-BR) | | |
| Post-petition Taxes Payable | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| **Post Petition Liabilities Sub-Total** | $ 0 | $ 4,000,000.00 |
| Pre Petition Liabilities: | | |
| Secured Debt (Schedule D, including amendments) | | |
| Priority Debt (Schedule E, including amendments) | | |
| Unsecured Debt (Schedule F, including amendments) | | |
| **Pre Petition Liabilities Sub-Total** | $ | $ |
| **TOTAL LIABILITIES (Sum of Pre Petition and Post Petition Liabilities)** | $ | $ |
| **SHAREHOLDERS/OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity (Preferred Stock) | $ | $ |
| Owner's/Stockholder's Equity Common Stock) | | |
| Paid In Capital | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| **TOTAL OWNERS' EQUITY** | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ 4,000,000.00 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Form 2-BL
Rev. 8/2/16

**DEBTOR:** William Tagg          **CASE NO:** 21-23424

## Form 2-BP
### SUPPORTING SCHEDULES II
### POST PETITION LIABILITIES AND PAYABLES STATEMENTS
For Period Ending: 11-30-21

| Type | Beginning Balance (1) | Amount Accrued | Date Due | 0-30 Days | 31-60 Days | Ending Balance |
|---|---|---|---|---|---|---|
| **Income Tax Withheld:** | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| **FICA Tax Withheld** | | | | | | |
| Employee's FICA Tax | | | | | | |
| Employer's FICA Tax | | | | | | |
| **Unemployment Tax** | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| **Sales, Use & Excise Taxes** | | | | | | |
| **Property Taxes** | | | | | | |
| Real Estate | | | | | | |
| Personal Property | | | | | | |
| **Accrued Income Tax:** | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| **TOTAL TAXES** $ | $ | $ | $ | $ | $ | Ø |

**POST-PETITION DEBTS**

| | | | | | | |
|---|---|---|---|---|---|---|
| Secured | | | | | | |
| Priority | | | | | | |
| Unsecured | | | | | | |
| Accrued Interest Payable | | | | | | |
| **TRADE ACCOUNTS & OTHER PAYABLES** (list separately on additional sheets) | | | | | | |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

Form 2-BP
Rev. 8/2/16

DEBTOR: _William Tagg_   CASE NO: _21-23424_

## Form 2-BR
### SUPPORTING SCHEDULES II
For Period Ending: _11-30-21_

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| **Total Post Petition** | Ø | Ø |
| **Pre Petition Amounts** | | |
| Total Accounts Receivable (to Form 2-BA) | $ | |
| Less: (Allowance for Doubtful Accounts) (to Form 2-BA) | ( ) | |
| **Net Accounts Receivable** | $ Ø | |

*Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: _____ | | | | | |
| Total | $ | $ | $ | | $ Ø |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |
| | | | Ø |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director. Including salaries, commissions, bonuses, etc.

Form 2-BR
Rev. 8/2/16

**DEBTOR:** William Tagg      **CASE NO:** 21-23424

**Form 2-E1**
**PROFIT AND LOSS STATEMENT**
For Period Ending: 11-30-21

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| **I. GROSS OPERATING REVENUES** INCOME (LIST ALL SOURCES) | | |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| **TOTAL GROSS INCOME** | _____ | 0 |
| Less: Discounts, Returns, and Allowances | ( _____ ) | ( _____ ) |
| **Net Operating Revenue** | _____ | _____ |
| **II. COST OF GOODS SOLD** | ( _____ ) | ( _____ ) |
| **III. GROSS PROFIT** (Net Operating Revenue LESS Cost of Goods Sold) | _____ | 0 |

**IV. GENERAL EXPENSES**

Operating Expenses

  Compensation and Payroll
    Officer/Management Compensation    _____    _____

    Payroll - Other Employees    _____    _____

  Taxes
    Taxes - Payroll    _____    _____

    Taxes - Real Property    _____    _____

    Taxes - Personal Property (Ad Valorem)    _____    _____

    Taxes - Sales    _____    _____

    Taxes - Other    _____    0

*(1) Accumulated Totals include all revenue and expenses since the petition date.*
Form 2-E1
Rev. 8/2/16

DEBTOR: William Tagg          CASE NO: 21-23424

**Form 2-E2**
**PROFIT AND LOSS STATEMENT (Cont'd)**
For Period Ending: ~~10-31-21~~ 11-30-21

| IV. GENERAL EXPENSES | Current Month | Accumulated Total (1) |
|---|---|---|
| General | | |
| License Fees | | |
| Insurance | | |
| Depreciation / Amoritization | | |
| Rents and Leases (Real Estate) | | |
| Rents and Leases (Personal Property) | | |
| Maintenance and Repairs | | |
| Supplies | | |
| Telephone | | |
| Utilities | | |
| Travel and Entertainment Expenses | | |
| Vehicle Expenses | | |
| Legal | | |
| Other | | |
| Other: Kingdom Ministries | | 30.00 |
| Other: Hulu TV | | 71.16 |
| Other: | | |
| Other: | | |
| Other: | | |
| Other: | | |
| Other: | | |
| V. TOTAL EXPENSES | | 101.16 |
| VI. NET INCOME OR (LOSS) | | -101.16 |

(Gross Profit LESS Total Expenses)

*(1) Accumulated Totals include all revenue and expenses since the petition date.*
Form 2-E2
Rev. 8/2/16

CASE NAME: **William Tagg**   CASE NO: **21-23424**

**Form 2-F**
**CASH FLOW STATEMENT**
For Period Ending: **11-30-21**

1. **CASH FLOWS FROM OPERATING ACTIVITIES:**                                                              Accumulated

   **Income (Loss) From Operations**
   Adjustments to reconcile net income (loss) from
   operations to net cash provided by (used in) operating activities

   NET CASH PROVIDED BY (USED IN) OPERATING BUSINESS            cr **101.16**

2. **CASH FLOWS FROM INVESTING ACTIVITIES**

   NET CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES

3. **CASH FLOWS FROM FINANCING ACTIVITIES**

   NET CASH PROVIDED BY (USED IN) FINANCING ACTIVITIES

   NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS

   CASH AND CASH EQUIVALENTS, BEGINNING OF PERIOD

   CASH AND CASH EQUIVALENTS, END OF PERIOD              d **3362.26**

**Form 2-F**
Rev. 8/2/16

CASE NAME: __William Tagg__   CASE NO: __21-23424__

**Form 2-FS**
**CASH FLOW SUMMARY**
For Period Ending: __11-30-21__

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance (From Form 2-B-AB (Grand Total Beginning Balance)) | $ 3,463.42 | $ _____ (1) |
| 2. Receipts | | |
| Operations | _____ | _____ |
| Sale of Assets | _____ | _____ |
| Other | _____ | _____ |
| **Total Cash Receipts** | $ _____ | $ _____ |
| 3. Disbursements | | |
| Operations | _____ | _____ |
| Debt Service/Secured loan payment | _____ | _____ |
| Professional fees/U.S. Trustee fees | _____ | _____ |
| Other | 101.16 | _____ |
| **Total Cash Disbursements** | $ _____ | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | _____ | _____ |
| 5. Ending Cash Balance (must equal Cash on Form 2-BA) | $ 3362.26 (2) | $ _____ (2) |

(must equal Grand Total All Accounts Ending Balance, Form 2-AB)
*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*(2) Current month beginning cash balance should equal the previous month's ending balance.*

Form 2-FS
Rev. 8/2/16

CASE NAME: William Tagg        CASE NO: 21-23424

## Form 2-G
### DETAILED LISTING OF RECEIPTS STATEMENT
For Period Ending: 11-30-21

**CASH RECEIPTS DETAIL**      Account No: #1929
*(ONE FORM 2-G FOR EACH BANK ACCOUNT, PETTY CASH, ETC.)*
*(attach additional sheets as necessary) -- Continuation Sheet ____ of ____*

| Date | Received From (Payer) | For (Description) | $ Amount |
|---|---|---|---|
| 10/19 | | Credit Counseling | $ 30.00 |
| 10/26 | | Cable TV | $ 71.16 |

Sub Total Receipts this Page   $ 

Grand Total Receipts this Account   $ _____ (1)

101.16

*(1) Grand Totals for each account should agree with total receipts listed on Form 2-AB*
Form 2-G
Rev. 8/2/16

DEBTOR: __William Tagg__   CASE NO: __21-23424__

## Form 2-I
## SUPPORTING SCHEDULES III
## PROPERTY TRANSFER, INSURANCE COVERAGE & QUARTERLY FEES STATEMENT

For the Period Ending: ~~12-31-21~~ 11-30-21

### TRANSFER OF PROPERTY POST-PETITION

Has any property of the Debtor been sold or otherwise transferred other than in the ordinary course of the Debtor's business?

✓ NO

___ YES, If yes, Complete the Following (Add Additional Sheets if Necessary)

| DESCRIPTION OF PROPERTY | To Whom Transferred | Transfer Date | Gross Value | Net Monies Received |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### INSURANCE SCHEDULE

| | Carrier | Policy # | Expiration Date | Amount of Coverage | Premium Amounts | Date Coverage Paid Through |
|---|---|---|---|---|---|---|
| Workers' Comp | | | | $ | $ | |
| General Liability | | | | $ | $ | |
| Property (Fire, Theft) | | | | $ | $ | |
| Casualty | | | | $ | $ none due chng mart | |
| Vehicle | | | | $ | $ | |
| Other (list): | | | | $ | $ | |
| Home Owners: | | | | $ | $ | |

### QUARTERLY FEES SUMMARY*  None Due Yet

| Month | Total Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|
| **PRESENT QUARTER** | | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| TOTAL PRESENT QUARTER | $ | $ | | |
| **PREVIOUS QUARTER** | | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| TOTAL PREVIOUS QUARTER | $ | $ | | |

* This Summary is to reflect the current and immediately previous Quarterly Fee information cumulative to the end of the reporting period.
** Should agree with Form 2-AB. Disbursements are net of transfers to other Debtor-In-Possession bank accounts.

Form 2-I
Rev. 8/2/16

DEBTOR: __William Tagg__   CASE NO: __21-23424__

Form 2-J
### NARRATIVE QUESTIONNAIRE STATEMENT
For Period Ending __11-30-21__

I. Has the Debtor-In-Possession made any payments on its pre-petition unsecured debt, except for that which has been so authorized by the Bankruptcy Court?

   __✓__ No.
   ____ Yes. Explain: _____

II. Has the Debtor-In-Possession during this reporting period provided compensation or other remuneration to any Officers, Directors, Principals, or Other Insiders without appropriate authorization and disclosure?

   __✓__ No.
   ____ Yes. Explain: _____

III. State what progress was made during this reporting period toward the filing of a Disclosure Statement and Plan of Reorganization or Liquidation.

   __E-mails to both realty creditors on other__

IV. Describe potential future developments which may have a significant impact on this bankruptcy case.

   __None__

V. Are all Post-Petition tax obligations currently paid or deposited?

   __✓__ Yes.
   ____ No. Explain.: _____

VI. Are all United States Trustee Quarterly Fees current?       __None Due yet__

   __✓__ Yes. Last Quarter Paid: _____    Amount Paid: $ _____
   ____ No. Explain.: _____

VII. Did you receive any income during this reporting period, which is not set forth in the operating report?

   __✓__ No.
   __✓__ Yes. Please set forth the amount(s) and the source(s) of the income.

   __Social Security Check was Cashed
   Due to Difficulty in opening acct
   and cash expenditures are listed.__

Form 2-J
Rev. 8/2/16



**FIRST HORIZON.**
P.O. BOX 84
MEMPHIS, TN 38101

00006030 TFTSTRMT111721012855 01 000000000 001 P



WILLIAM TAGG
8191 DOGWOOD RD
GERMANTOWN TN 38139-5123

| FIRSTVIEW CHECKING | |
|---|---|
| **CUSTOMER INFORMATION** | |
| ACCOUNT NUMBER | 002200004051929 |
| STATEMENT DATE | 11/16/21 |

**CUSTOMER SERVICE INFORMATION**

- Customer Service: 1-800-382-5465
- Visit Us Online: www.firsthorizon.com
- Follow Us On Facebook!
- Follow Us On Twitter!

## ACCOUNT SUMMARY

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 10/18/21 | $3,463.42 |
| 0 DEPOSITS TOTALING | | $0.00 |
| 3 WITHDRAWALS TOTALING | | $3,463.42 |
| NEW BALANCE | 11/16/21 | $0.00 |

## FIRSTVIEW CHECKING ACCOUNT TRANSACTIONS    FOR THE PERIOD FROM 10/19/21 THROUGH 11/16/21

### ACCOUNT HISTORY

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---|---|---|
| 10/19 | $30.00 | PURCHASE - THE KINGDOM MI<br>901-552-5131 TN<br>DATE 10/18 REF # 2494300938AV4YV5M | 4236 |
| 10/26 | $71.16 | PURCHASE - HLU*Hulu 19202<br>HULU.COM/BILL CA<br>DATE 10/25 REF # 24906419A3VRGKMWQ | 4236 |
| 11/05 | $3,362.26 | WITHDRAWAL | 0000 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/19 | $3,433.42 | 10/26 | $3,362.26 | 11/05 | $0.00 | | |

### INQUIRY INFORMATION

*ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-800-382-5465
*TO REPORT A LOST/STOLEN DEBIT CARD, CALL 1-800-382-5465 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1
*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-800-382-5465
*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST HORIZON BANK
P.O. BOX 84
MEMPHIS, TN 38101


FDIC

00006030 00006030 0001 0001 TFTSTRMT111721012855LTR06X901    PAGE 1 OF 2
000058590

# FIRST HORIZON
P.O. BOX 84
MEMPHIS, TN 38101

**FIRSTVIEW CHECKING**

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | *********1929 |
| STATEMENT DATE | 10/18/21 |

WILLIAM TAGG

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/21 | $2,500.00 | 09/27 | $2,388.84 | 09/29 | $2,268.13 | 10/04 | $2,260.13 |
| 10/05 | $9,060.13 | 10/12 | $3,477.13 | 10/15 | $3,463.42 | | |

### INQUIRY INFORMATION

*ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-800-382-5465.
*TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-800-382-5465 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1.
*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-800-382-5465.
*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST HORIZON BANK
P.O. BOX 84
MEMPHIS, TN 38101

**WILLIAM T TAGG**
**DEBTOR I POSSESSION**
8191 Dogwood Rd
Germantown, TN  38139

DATE _____

PAY TO THE
ORDER OF _____ $ _____

_____ DOLLA

 **REGIONS**

FOR _____

⑆064000017⑆ 0318101348⑈ 0101

Harland Clarke

## Simple Ways to Protect Your Identity

**At home:**
- Read your bills and account statement for unexpected withdrawals or charges.
- Review your credit report at least once a year; request free from credit bureaus.

**As you do business:**
- Only give your Social Security Number if you must. Ask if you can use another kind of iden
- Never respond to an email or phone request to provide a pin or password. Your financial in
  will never ask you for either.

**Online:**
- Use passwords that are not easy to guess. Use numbers and symbols when you can.
- Do not respond to emails or other messages that ask for personal information.

| Field | Value |
|---|---|
| CUSTOMER ADDRESS | 8191 DOGWOOD RD GERMANTOWN TN 38139 |
| CUSTOMER E-MAIL ADDRESS(ES) | taggw1@gmail.com |
| PRIMARY PHONE | (901) 491-9305 |
| SECONDARY PHONE | |
| ACCOUNT NUMBER | 031810134B |
| ACCOUNT NAME | DA 912 - 62+ LIFEGREEN CHECKING |

**INTEREST RATE INFORMATION (IF APPLICABLE)**

THE INTEREST RATE(S) PROVIDED REFLECT THE RATE(S) IN EFFECT AT ACCOUNT OPENING.

THE RATE(S) ARE SUBJECT TO CHANGE DAILY.

| BALANCE | INTEREST RATE | ANNUAL PERCENTAGE YIELD |
|---|---|---|

* Unless otherwise expressly provided in this Account Signature Card or in other records maintained by Regions Bank with respect to this account, multiple persons designated herein as owners, co-owners, or joint owners are and intend to be joint tenants with right of survivorship with respect to this account, subject to applicable law. If this account is established in the name of one or more persons as trustee for one or more beneficiaries without a separate written trust instrument, and if there is no subject of trust other than the deposits in the account, or if this account names one or more persons as payable on death beneficiaries, any person establishing the account may revoke the trust or change, delete, or add persons designated as trust beneficiaries or payable on death beneficiaries using forms acceptable to Regions Bank, as applicable, subject to the provisions of applicable law. Please refer to the Deposit Agreement governing this account and applicable state law for information about the status of and rights with respect to account relationship designations. Customers should consult their own tax advisor or legal counsel for guidance on the nature and effect of account relationship designations.

Each person signing this Account Signature Card, whether in writing or by use of an electronic signature, (i) confirms that he/she has reviewed the information [...]

**Customer Receipt**

Thank You for your Banking Business

PD11-19-2021 10:46A #31
TN2037 #05 DA **1348



Case 21-23434  Doc 51  Filed 12/21/21  Entered 12/21/21 09:08:34  Desc Main

WGD-44108106517-2P00106-21-23424
Ted I Jones
2670 Union Ave, Ext
Suite 1208
Memphis, TN 38104

017470 17470-1 AB 0.458 38139-0 S 9476-1-17603
William Tagg
8191 Dogwood Road
Germantown, TN 38139-5123

Expenses        Oct 22-30        Income
                                 SS —           1,207.00 for Oct 2021
Three Forest        8.00         Deposit        6,800.00
Hinks              47.00
Kroger             13.71
Ted Jones       1,136.00
Ted Jones       3,800.00
                5,604.71

Cash                    Nov 1       Income
                                    3,362.26  Cashier Ck
Costco          149.00                        From 1st Horizon
Lumber           61.00              1,207.00 — S.S.
                108.00
Kroger           88.89
City of Germantown
                210.09              * Cash Expenditures
Costco          117.36
Costco           49.33
ATT              83.00
Hulu             71.16
                 35.00
Concerto Cellar  35.00
Wedgewood        30.00              Balance 188.27 +
Callaway                            Carry to Dec - 2021
              1,018.73

Ted, have not received
checks from Regions

44108017487015