**Dated: January 14, 2022**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

_____

In re:   William Tagg

                                                                    Case No. 21-23424 L
                                                                    Chapter 11, Subchapter V

         Debtor.
_____

### ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH RELATED ORDERS AND NOTICE THEREOF
_____

A plan of reorganization (Plan) under Subchapter V of Chapter 11 of the Bankruptcy Code was filed by William Tagg, Debtor, on January 13, 2022.

**IT IS ORDERED**, and notice is hereby given, that:

1.   Within three (3) days after the entry of this order, the Debtor shall mail a copy of this order, the Plan and a ballot conforming to Class Ballot for Accepting or Rejecting Plan of Reorganization (Official Form 314) to all creditors, equity holders, and parties in interest, and thereafter, file a certificate of service with the Court no later than ten (10) days after the entry of this order, indicating that these documents have been timely mailed.

2.   February 24, 2022 is fixed as the last day for filing an election of application of § 1111(b)(2) by a class of secured creditors in accordance with TNWB Standing Order 20-01.

3.   February 24, 2022 is fixed as the last day for filing written acceptances or rejections of the Plan. A written summary of ballots must be filed by the Debtor with the Bankruptcy Court and transmitted to the U.S. Trustee no later than February 28, 2022.

4. February 24, 2022 is fixed as the last day for filing written objections to the Plan.

5. February 24, 2022 is the date by which an equity security holder or creditor whose claim is based on a security, must be the holder of record of the security, in order to be eligible to vote to accept or reject the Plan.

6. February 24, 2022 is fixed as the last day for filing and serving applications for compensation.

7. February 24, 2022 is the date by which the trustee must file a statement of estimated fees that will be incurred through the confirmation hearing date.

8. The hearing on confirmation of the Plan will be held on March 3, 2022 at 10:15 AM by telephone or videoconference, if necessary. Creditor attendance is not required; however, your presence would assist the Court if you wish to speak either in support of, or in opposition to, any of the matters before the Court.

CO106

United States Bankruptcy Court

Western District of Tennessee

In re:     Case No. 21-23424-jdl

William Tagg     Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-2    User: ao1492bnc    Page 1 of 2
Date Rcvd: Jan 18, 2022    Form ID: pdford02    Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Tagg, 8191 Dogwood Road, Germantown, TN 38139-5123 |
| 33681165 | + | 20-Wells Fargo Bamk N.A., c/o Andrew Sanders, Attorney, 6410 Poplar Avenue, Memphis, TN 38119-4843 |
| 33693077 | + | Deutsche Bank AG, 60 Wall Street, New York NY 10005-2858 |
| 33681164 | + | Steven C. Weitz, Esq., 900 Southeast 3rd Avenue, Suite 204, Fort Lauderdale, FL 33316-1118 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 33698606 | Email/Text: BKEBN-Notifications@ocwen.com | Jan 19 2022 00:25:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 33702984 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2022 00:34:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PHH Mortgage Corporation |
| cr | | U.S. Bank NA, successor trustee to Bank of America |
| cr | | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE |
| 33701893 | | WELLSFARGOBANK,NATIONALASSOCIATION, c/o NationstarMortgageLLC, ATTN:BankruptcyDept., POBox619096, DallasTX752619741 |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022     Signature:     /s/Joseph Speetjens

Case 21-23424 Doc 59 Filed 01/20/22 Entered 01/20/22 23:56:56 Desc Imaged
Certificate of Notice Page 4 of 4

| District/off: 0651-2 | User: ao1492bnc | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: pdford02 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Bonnie Culp
    on behalf of Creditor PHH Mortgage Corporation LOGSECF@logs.com bculp@logs.com

Bret Chaness
    on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY6 bchaness@rubinlublin.com, BJC-ECF-Notifications@rubinlublin.com

Craig M. Geno
    cmgeno@cmgenolaw.com cmgeno@ecf.courtdrive.com,kcarter@cmgenolaw.com,spurvis@cmgenolaw.com

Craig M. Geno
    on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com cmgeno@ecf.courtdrive.com,kcarter@cmgenolaw.com,spurvis@cmgenolaw.com

David W. Houston, IV
    on behalf of Creditor PHH Mortgage Corporation dhouston@burr.com mmayes@burr.com

Jamaal M. Walker
    on behalf of U.S. Trustee U.S. Trustee jamaal.walker@usdoj.gov

John R Roan
    on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION, Mortgage Pass-Through Certificates, Series 2007-E bkecfinbox@aldridgepite.com, jroan@ecf.courtdrive.com

Natalie K Brown
    on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY6 nbrown@rubinlublin.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Samuel A. Morris
    on behalf of Creditor PHH Mortgage Corporation smorris@burr.com agosnell@burr.com;hrock@burr.com

Ted I. Jones
    on behalf of Debtor William Tagg dtedijones@aol.com cavis1958@yahoo.com

U.S. Trustee
    ustpregion08.me.ecf@usdoj.gov

TOTAL: 11