# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

William Tagg

Debtor(s).

Case No.   21−23424   jdl
Chapter   11

Adversary No.

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE
### (APPLICABLE TO CHAPTER 7, 11, AND 12)

61 – Motion to Dismiss Case , or in the alternative Motion to Convert Chapter 11 Case to Chapter 7 , Previous Receipt No. A38146819, Fee Amount Previously Paid $15 Filed by Bret Chaness on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass−Through Certificates, Series 2007−HY6 (Chaness, Bret) on January 28, 2022 .

**NOTICE IS HEREBY GIVEN THAT:**

1. The Hearing to consider the above shall be held on **March 3, 2022 at  10:15 AM , by telephone or videoconference, if necessary , BUT ONLY IF an objection to such relief requested is filed by February 24, 2022**

   At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
   **All Parties on Servicing List**

   **Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

**Lisa H. Haney**
**CLERK OF COURT**

**BY:  Debra Hayes**

_____
   **Deputy Clerk**
**DATE:   January 31, 2022**

[combrelcco30]Order/Notice combined Rel 11−03