# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

William Tagg

Debtor(s).

Case No.   21−23424   jdl
Chapter   11

Adversary No.

**NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
RE FORM, MANNER AND SERVING OF NOTICE
(APPLICABLE TO CHAPTER 7, 11, AND 12)**

62 – Objection to Confirmation of the Chapter 11 Plan Filed by Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass−Through Certificates, Series 2007−HY6 (related document(s)57 Chapter 11 Subchapter V Plan Filed by Debtor William Tagg.). (Chaness, Bret) on January 28, 2022 .

**NOTICE IS HEREBY GIVEN THAT:**

1.  The Hearing to consider the above shall be held on **March 3, 2022 at  10:15 AM , by telephone or videoconference, if necessary , BUT ONLY IF an objection to such relief requested is filed by N/A**

    At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2.  **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
    **All Parties on Servicing List**

    **Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3.  If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

**Lisa H. Haney
CLERK OF COURT**

**BY:  Debra Hayes**

_____
   **Deputy Clerk**
**DATE:   January 31, 2022**

[combrelcco30]Order/Notice combined Rel 11−03