# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

William Tagg

Debtor(s).

Case No.   21−23424   jdl
Chapter   11

Adversary No.

**NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
RE FORM, MANNER AND SERVING OF NOTICE
(APPLICABLE TO CHAPTER 7, 11, AND 12)**

61 − Motion to Dismiss Case , or in the alternative Motion to Convert Chapter 11 Case to Chapter 7 , Previous Receipt No. A38146819, Fee Amount Previously Paid $15 Filed by Bret Chaness on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass−Through Certificates, Series 2007−HY6 (Chaness, Bret) on January 28, 2022 .

   **NOTICE IS HEREBY GIVEN THAT:**

   1.  The Hearing to consider the above
shall be held on **March 3, 2022 at 10:15 AM , by telephone or videoconference, if necessary , BUT ONLY IF an objection to such relief requested is filed by February 24, 2022**

   At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

   2.  **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
       **All Parties on Servicing List**

   **Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

   3.  If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

                                    Lisa H. Haney
                                    CLERK OF COURT

                                    BY:  Debra Hayes
                                    _____
                                       Deputy Clerk
                                    DATE:   January 31, 2022
                                    [combrelcco30]Order/Notice combined Rel 11−03

United States Bankruptcy Court

Western District of Tennessee

| | |
|---|---|
| In re: | Case No. 21-23424-jdl |
| William Tagg | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0651-2 | User: ao1492bnc | Page 1 of 2 |
| Date Rcvd: Jan 31, 2022 | Form ID: combrel | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Tagg, 8191 Dogwood Road, Germantown, TN 38139-5123 |
| 33681165 | + | 20-Wells Fargo Bamk N.A., c/o Andrew Sanders, Attorney, 6410 Poplar Avenue, Memphis, TN 38119-4843 |
| 33693077 | + | Deutsche Bank AG, 60 Wall Street, New York NY 10005-2858 |
| 33681164 | + | Steven C. Weitz, Esq., 900 Southeast 3rd Avenue, Suite 204, Fort Lauderdale, FL 33316-1118 |
| 33715999 | | U.S. Bank NA, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 33698606 | Email/Text: BKEBN-Notifications@ocwen.com | Jan 31 2022 21:55:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 33702984 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2022 21:59:22 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PHH Mortgage Corporation |
| cr | | U.S. Bank NA, successor trustee to Bank of America |
| cr | | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE |
| 33701893 | | WELLSFARGOBANK,NATIONALASSOCIATION, c/o NationstarMortgageLLC, ATTN:BankruptcyDept., POBox619096, DallasTX752619741 |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 02, 2022 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bonnie Culp | on behalf of Creditor PHH Mortgage Corporation LOGSECF@logs.com  bculp@logs.com |
| Bret Chaness | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY6 bchaness@rubinlublin.com, BJC-ECF-Notifications@rubinlublin.com |
| Craig M. Geno | cmgeno@cmgenolaw.com  cmgeno@ecf.courtdrive.com,kcarter@cmgenolaw.com,spurvis@cmgenolaw.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com cmgeno@ecf.courtdrive.com,kcarter@cmgenolaw.com,spurvis@cmgenolaw.com |
| David W. Houston, IV | on behalf of Creditor PHH Mortgage Corporation dhouston@burr.com  mmayes@burr.com |
| Jamaal M. Walker | on behalf of U.S. Trustee U.S. Trustee jamaal.walker@usdoj.gov |
| John R Roan | on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION, Mortgage Pass-Through Certificates, Series 2007-E bkecfinbox@aldridgepite.com, jroan@ecf.courtdrive.com |
| Natalie K Brown | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY6 nbrown@rubinlublin.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Samuel A. Morris | on behalf of Creditor PHH Mortgage Corporation smorris@burr.com  agosnell@burr.com;hrock@burr.com |
| Ted I. Jones | on behalf of Debtor William Tagg dtedijones@aol.com  cavis1958@yahoo.com |
| U.S. Trustee | ustpregion08.me.ecf@usdoj.gov |

TOTAL: 11