**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS**

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 21-23424** |
| **WILLIAM TAGG,** ) | **Chapter 11, Subchapter V** |
| ) | **Before the Honorable Jennie D. Latta** |
| **Debtor** ) | |

**CROSS-NOTICE OF DEPOSITION OF WILLIAM TAGG**

**TO:**  Ted I. Jones, Esq.
JONES & GARRETT LAW FIRM, AN ASSOCIATION OF ATTORNEYS
2670 Union Avenue, Ext.
Suite 1200
Memphis, TN 38112

**PLEASE TAKE NOTICE** that PHH Mortgage Corporation ("PHH")[1] will take the deposition upon oral examination of the deponent listed herein at the following time, date and location:

**DEPONENT:**     **William Tagg**
**TIME:**                **1:30 p.m. Central**
**DATE:**                **March 14, 2022**
**LOCATION:**      **VIRTUALLY VIA ZOOM VIDEO**

Said deposition shall be taken virtually via Zoom videoconference and will conducted pursuant to the Federal Rules of Civil Procedure and before an officer duly authorized by law to administer oaths. Said deposition will continue from time to time until completed and may be used for any purpose permitted under the Federal Rules of Bankruptcy Procedure.

---

[1] PHH Mortgage Corporation is Servicer for Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Loan Trust 2007-AR211P (the "Trust"), Mortgage Pass-Through Certificates Series 2007-AR211P.

47478602 v1

Respectfully submitted this 10th day of March, 2022.

*/s/ Samuel A. Morris*
David W. Houston IV (BPR No. 020802)
Samuel A. Morris (BPR No. 034878)
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
T: (615) 724-3215
T: (615) 724-3258
dhouston@burr.com
smorris@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2022, I caused the foregoing document to be filed using the Court's CM/ECF electronic document filing system, which caused notice of the filing to be electronically delivered to all parties who have entered an appearance in this matter.

*/s/ Samuel A. Morris*
Samuel A. Morris