**Dated: March 21, 2022**
**The following is ORDERED:**



_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| In re:  **WILLIAM TAGG,** | Case No. 21-23424-JDL |
| **DEBTOR.** | Chapter 11 |

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO REMOVE DEBTOR AS DEBTOR-IN-POSSESSION PURSUANT TO 11 U.S.C. § 1185(a)

This matter came before the Court on March 17, 2022 upon the United States Trustee's Motion to Remove Debtor as Debtor-in-Possession Pursuant to 11 U.S.C. § 1185(a) ("Motion") filed by Paul A. Randolph, the Acting United States Trustee for Region 8; the statements of Subchapter V Trustee Craig Geno ("Case Trustee"); statements of counsel for the United States Trustee, PHH Mortgage, U.S. Bank as Servicer, and William Tagg ("Debtor"); and upon the entire record herein.

It appears to the Court that adequate notice and opportunity for a hearing on the Motion were provided; that removal of the Debtor from possession would be in the best interests of the Debtor; that per well-plead allegations in the Motion and the findings of fact and conclusions of law stated on the record (incorporated herein pursuant to Fed.R.Civ.P. 52 (a) made applicable in

Case 21-23424   Doc 123   Filed 03/22/22   Entered 03/22/22 06:33:15   Desc Main
Document      Page 2 of 2

| ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO REMOVE DEBTOR AS DEBTOR-IN-POSSESSION PURSUANT TO 11 U.S.C. § 1185(a) | CASE NO 21-23424 Page 2 of 2 |
|---|---|

this contested matter pursuant to Fed.R.Bankr.P. 9014 (c)), cause as contemplated under 11 U.S.C. § 1185 (a) exists for the Court to order that the Debtor shall not be the debtor in possession; and that the Case Trustee should perform the additional duties set out in 11 U.S.C. § 1183 (b)(5) because the Debtor will cease to be the debtor in possession.

**ACCORDINGLY, IT IS, THEREFORE, ORDERED THAT:**

1. The United States Trustee's Motion shall be and is hereby **GRANTED**.

2. The Debtor-in-Possession is removed pursuant to 11 U.S.C. § 1185(a).

3. The Subchapter V Trustee, Craig M. Geno, shall be and is hereby directed to additionally comply with and perform the duties set forth in 11 U.S.C. § 1183(b)(5) and such other law applicable in this context.

**APPROVED FOR ENTRY:**

PAUL A. RANDOLPH,
ACTING UNITED STATES TRUSTEE, REGION 8

/s/ Jamaal M. Walker
JAMAAL M. WALKER, Trial Attorney (# 033764)
United States Department of Justice
Office of the U.S. Trustee
200 Jefferson Avenue, Suite 400
Memphis, Tennessee 38103
(202) 934-4166
jamaal.walker@usdoj.gov

| | |
|---|---|
| /s/ Ted I. Jones | /s/ Craig M. Geno |
| TED I. JONES, Attorney for the Debtor | CRAIG M. GENO, Sub V Trustee |
| Jones & Garrett Law Firm | Law Offices of Craig M. Geno, PLLC |
| 2670 Union Avenue, Extended, Suite 1200 | 587 Highland Colony Parkway |
| Memphis, Tennessee 38112 | Ridgeland, MS 39157 |
| (901) 526-4249 | (601) 427-0048 |
| dtedijones@aol.com | cmgeno@cmgenolaw.com |

**PERSONS TO BE SERVED WITH FINAL ORDER**:
All persons listed on the Matrix.