# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Case No.   21−23424   jdl
Chapter   11

Adversary No.

William Tagg

Debtor(s).

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE
### (APPLICABLE TO CHAPTER 7, 11, AND 12)

168 − First Application for Compensation for Craig M. Geno, Trustee Chapter 11, Period: 10/20/2021 to 9/30/2022, Fee: $21,886.75, Expenses: $90.46. Filed by Craig M. Geno (Geno, Craig) on September 30, 2022 .

**NOTICE IS HEREBY GIVEN THAT:**

1.   The Hearing to consider the above
shall be held on **October 27, 2022 at  01:30 PM , 200 Jefferson Ave, Room 645, Memphis, TN 38103 , BUT ONLY IF an objection to such relief requested is filed by October 20, 2022**

At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2.   **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
   **All Parties on Servicing List**

**Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3.   If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

**Lisa H. Haney**
**CLERK OF COURT**

**BY:  Debra Hayes**

**Deputy Clerk**
**DATE:   October 3, 2022**

[combrelcco30]Order/Notice combined Rel 11−03